NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRAXAIR TECHNOLOGY, INC.,**
*Appellant*

v.

**AIR LIQUIDE LARGE INDUSTRIES U.S. LP,**
*Cross-Appellant*

---

2017-1318, -1319, -1432

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01071, IPR2015-01072. and IPR2017-1073.

---

**O R D E R**

The above-captioned appeals appear to be related.

The appeals are consolidated in the nature of cross-appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than February 7, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31